No. 97–5611. HEIT v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 97–5615. MAY v. BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–5616. CORTO v. NATIONAL SCENERY STUDIOS. C. A. 2d Cir. Certiorari denied.

No. 97–5622. HERRING v. SCHOTTEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–5625. MCCARTY v. DORSEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 97–5631. BROWN v. KOENICK ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–5633. WARREN v. BRUNELLE, SUPERINTENDENT, WYOMING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–5636. SAFFORD v. DOE ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–5639. CARR v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–5653. HOLDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5663. HIGHTOWER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5669. ALLEN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5703. PULLIAM v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 97–5719. SANTOS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.